***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Tenth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 12/26/2019 at 10:29:00 AM MST and filed on 12/26/2019

| | |
|---|---|
| **Case Name:** | Gray v. Ade, et al |
| **Case Number:** | 19-7059 |
| **Document(s):** | Document(s) |

**Docket Text:**
[10705239] Record on appeal filed. No. of Volumes: 4, Comments: Volumes I - IV - Pleadings. [19-7059] (DJD)

**Notice will be electronically mailed to:**

Mr. Darrell L. Moore: jrmpc@swbell.net, darrellmoore@jralphmoorepc.com

**Notice will not be electronically mailed to the following as the Court does not have a valid email address on file or the person has not consented to service via email. If appropriate, notice will be delivered by other means to:**

Mr. Frederick Rideout Gray, Jr.
Joseph Harp Correctional Center
P.O. Box 548
Lexington, OK 73051-0548